**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRUDENT WHEELER,

     Plaintiff,

v.                              CASE NO. 8:22-cv-2818-WFJ-MRM

DEPARTMENT OF VETERANS
AFFAIRS,

     Defendant.

_____/

## ORDER

This cause comes before the Court on Plaintiff's application to proceed *in forma pauperis* (Dkt. 2) and the complaint (Dkt. 1).  The magistrate judge issued a report recommending *in forma pauperis* status be denied without prejudice and the complaint be dismissed without prejudice to refiling.  Dkt. 3.  The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection.  *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).  The magistrate judge, in a thorough analysis, found that the complaint (Dkt. 1) does not demonstrate why this Court has jurisdiction over her claims.  For the reasons explained in the Report and Recommendation, and in conjunction with an

independent examination of the file, the Court concludes that the Report and Recommendation (Dkt. 3) should be adopted as part of this Order, confirmed, and approved in all respects.  Accordingly, the Court rules as follows:

1. The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is denied without prejudice.  If Plaintiff amends her complaint, she must file an updated affidavit of indigency as explained in the report and recommendation.  The Clerk is directed to send Plaintiff a copy of the AO 240 Application to Proceed in District Court Without Payment of Fees or Costs (Short Form).

3. Plaintiff's complaint (Dkt. 1) is dismissed without prejudice.  Plaintiff shall file an amended complaint, if so desired, in accordance with the Report and Recommendation no later than January 27, 2023.  If an amended complaint is not timely filed, this matter will be dismissed and closed without further notice.

**DONE AND ORDERED** in Tampa, Florida, on January 6, 2023.

*s/William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Plaintiff, *pro se*